IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 4:05CR213 |
| | § | Judge Schneider |
| DEMETRIUS FLENORY | § | |

## ORDER DISMISSING INDICTMENT

The United States having filed its Motion to Dismiss the Indictment herein pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Indictment returned on November 1, 2005, against defendant DEMETRIUS FLENORY is dismissed without prejudice.

**It is SO ORDERED.**

**SIGNED this 22nd day of September, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE